UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Knoxville

| DEBORAH L. SHIELDS, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| | : | NO. 3:10-cv-494 |
| v. | : | |
| | : | Phillips/Shirley |
| SECURITY CREDIT SERVICES, LLC, | : | |
| KAY DREIFUERST and JACOB LAW GROUP, | : | Jury Demand |
| | : | |
| Defendants. | : | |

## STIPULATION TO DISMISSAL WITH PREJUDICE

The plaintiff, Deborah L. Shields, by and through her attorneys, hereby stipulates to the dismissal of the plaintiff's complaint against the defendants, Security Credit Services, LLC, Kay Dreifuerst and Jacob Law Group, PLLC, upon the merits and with full prejudice against any other or further action against the defendants with regard to all claims, demands or liability whatsoever asserted or contemplated herein.

THIS 9th day of May, 2012.

| ALAN C. LEE | GRANT KONVALINKA & HARRISON, P.C. |
| --- | --- |
| By: s/ Alan C. Lee w/permission | By: s/ J. Scott McDearman |
| Alan C. Lee, BPR No. 12700 | J. Scott McDearman, BPR No. 12714 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| P.O. Box 1357 | Ninth Floor, Republic Centre |
| Morristown, Tennessee 37877-1357 | 633 Chestnut Street |
| 423/736-0201 | Chattanooga, Tennessee 37450-0900 |
| info@alanlee.com | 423/756-8400 |
| | 423/756-6518 - facsimile |
| | smcdearman@gkhpc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2012, a copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                    GRANT KONVALINKA & HARRISON, P.C.
By:   s/ J. Scott McDearman
    J. Scott McDearman, BPR No. 12174
    Ninth Floor, Republic Centre
    633 Chestnut Street
    Chattanooga, Tennessee 37450

P:\Folders I-Z\j349\001\002pld.doc